UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DIANA YOUNG,  )
 )
        Plaintiff, )
 )
        vs. ) No. 1:13-cv-00526-DKL-TWP
 )
CAROLYN W. COLVIN Acting )
Commissioner of Social Security, )
 )
        Defendant. )

## JUDGMENT

The Court, having made its entry on November 3, 2014, it is ADJUDGED that the final decision of the Commissioner denying the application for Disability Insurance Benefits for Diana Young based on her application filed on February 3, 2009, is **AFFIRMED**.

    **SO ORDERED:** 11/03/2014

                                                  Denise K. LaRue
                                                  United States Magistrate Judge
                                                  Southern District of Indiana

Distribution:

Jonelle L. Redelman
REDELMAN LAW
jonelle@redelmanlaw.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov